In the Matter of JOAN PARKER, Petitioner.—

Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ., concur.

CATHERINE TRELA, Appellant, v. VILLAGE OF GREEN ISLAND, Respondent. STANLEY TRELA, Appellant, v. VILLAGE OF GREEN ISLAND, Respondent.— Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.